IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE ESTATE OF HENRIETTA LACKS

**Plaintiff,**

v.

THERMO FISHER SCIENTIFIC INC.

**Defendant.**

Case No. 1:21-cv-02524

## MOTION FOR ADMISSION PRO HAC VICE

I, Kim Parker, am a member in good standing of the bar of this Court. I am moving the admission of Benjamin L. Crump to appear pro hac vice in this case as counsel for The Estate of Henrietta Lacks.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Supreme Court of Florida 01/18/1996 | Supreme Court of the United States 05/28/2002 |
| District of Columbia Court of Appeals 09/25/2018 | US District Court for Northern Florida 12/21/2001 |
| Supreme Court of Tennessee 02/26/2020 | US District Court for Southern Florida 12/21/2001 |
| | US District Court for Middle Dist. of FL 02/15/2002 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT
Signature

Kim Parker    Fed Bar No.: 23894
Printed name and bar number

The Law Offices of Kim Parker, P.A.
Office name

2123 Maryland Ave, Baltimore, MD 21218
Address

410-234-2621
Telephone number

443-486-1691
Fax Number

kp@kimparkerlaw.com
Email Address

PROPOSED ADMITTEE
Signature
Benjamin L. Crump
Printed name

Ben Crump Law, PLLC
Office name

122 S. Calhoun St., Tallahassee, FL 32301
Address

800-959-1444
Telephone number

800-770-3444
Fax Number

Court@BenCrump.com
Email Address