UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| Estate of Henrietta Lacks,<br><br>   Plaintiff,<br><br>v.<br><br>Thermo Fisher Scientific Inc.,<br><br>   Defendant. | Case No. 1:21-cv-02524-RDB |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD: Please enter the appearance of Tonya Kelly Cronin as counsel for Defendant, Thermo Fisher Scientific, Inc. in the above-captioned matter. Tonya Kelly Cronin is a member in good standing of the Bar of this Court.

Dated: October 29, 2021

Respectfully submitted,

/s/ Tonya Kelly Cronin
Tonya Kelly Cronin (Fed. Bar No. 27166)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ P.C.
100 Light Street
Baltimore, MD 21202
Tel: 410-862-1049
Fax: 410-547-0699
Email: tykelly@bakerdonelson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of October 2021, the foregoing Notice of Entry of Appearance was served via the Court's CM/ECF system on all counsel of record.

/s/ _____
Tonya Kelly Cronin