UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| Estate of Henrietta Lacks,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Thermo Fisher Scientific Inc.,<br><br>　　　　　　　Defendant. | Case No. 1:21-cv-02524-RDB |

**STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Plaintiff Estate of Henrietta Lacks and Defendant Thermo Fisher Scientific Inc. ("Thermo Fisher") (together, the "Parties") hereby stipulate and agree to a 45-day extension of Thermo Fisher's time to respond to the Complaint and request the Court enter the following Order in accordance with Local Rule 105.9.

1.　　Defendant shall file its response to the Complaint [Dkt. 1] on or before December 15, 2021.

WHEREFORE, the Parties stipulate and agree to the 45-day extension stipulated above, and respectfully request that the Court enter an Order establishing this stipulated extension as agreed by the Parties.

Approved.　_____
11/4/21　　Deborah L. Boardman
　　　　　　United States District Judge

1

Respectfully submitted,

/s/ Kim Parker

Kim Parker (Fed. Bar No.: 23894)
LAW OFFICES OF KIM PARKER, P.A.
2123 Maryland Ave.
Baltimore, MD 21218
Telephone: 410-234-2621
Fax: 443-486-1691
kp@kimparkerlaw.com

Christopher A. Seeger*
Jeffrey S. Grand*
Christopher L. Ayers*
James Bilsborrow*
Nigel P. Halliday*
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 212-584-0700
Fax: 212-584-0799
cseeger@seegerweiss.com
jgrand@seegerweiss.com
cayers@seegerweiss.com
jbilsborrow@seegerweiss.com
nhalliday@seegerweiss.com

Ben Crump*
Christopher O'Neal*
BEN CRUMP LAW, PLLC
717 D Street, N.W. Suite 310
Washington D.C. 20004
Telephone: 860.922.3030
ben@bencrump.com
chris@bencrump.com

*Attorneys for Plaintiff*

/s/ Tonya Kelly Cronin

Tonya Kelly Cronin (Bar No. 27166)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ P.C.
100 Light Street
Baltimore, MD 21202
Tel.:410-862-1049
tykelly@bakerdonelson.com

Nadira Clarke (Fed. Bar No. 20254)
Andrew T. George (Fed. Bar No. 19755)
Eileen F. Hyde*
JoAnna B. Adkisson*
BAKER BOTTS L.L.P.
700 K St NW
Washington, DC 20001
Tel.: 202-639-7764
nadira.clarke@bakerbotts.com
andrew.george@bakerbotts.com
eileen.hyde@bakerbotts.com
joanna.adkisson@bakerbotts.com

*Attorneys for Defendant*

*Pro hac vice admission applications pending