UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| Estate of Henrietta Lacks,<br><br>           Plaintiff,<br><br>   v.<br><br>Thermo Fisher Scientific Inc.,<br><br>           Defendant. | Case No. 1:21-cv-02524-RDB |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD: Please enter the appearance of Nadira Clarke as counsel for Defendant, Thermo Fisher Scientific, Inc., in the above-captioned matter. Nadira Clarke is a member in good standing of the Bar of this Court.

Dated: November 15, 2021                            Respectfully submitted,

                                                                   /s/ Nadira Clarke
                                                                   Nadira Clarke (Fed. Bar No. 20254)
                                                                   BAKER BOTTS
                                                                   700 K Street, N.W.
                                                                   Washington, D.C. 20001
                                                                   Tel: 202-639-7834
                                                                   Fax: 202-585-4072
                                                                   Email: nadira.clarke@bakerbotts.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of November 2021, the foregoing Notice of Entry of Appearance was served via the Court's CM/ECF system on all counsel of record.

                                                                   /s/
                                                                  Nadira Clarke