**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
Baltimore Division

| | |
|---|---|
| Estate of Henrietta Lacks,<br><br>                     Plaintiff,<br><br>v.<br><br>Thermo Fisher Scientific Inc.,<br><br>                     Defendant. | Case No. 1:21-cv-02524-DLB |

## **DEFENDANT THERMO FISHER SCIENTIFIC INC.'S MOTION TO DISMISS**

Defendant Thermo Fisher Scientific Inc. ("Thermo Fisher") moves to dismiss the Complaint filed by Plaintiff [ECF No. 1] under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. For the reasons set forth in the accompanying Memorandum of Law, the Motion should be granted and all claims against Thermo Fisher should be dismissed with prejudice.

Respectfully submitted,

December 15, 2021

/s/ *Tonya Kelly Cronin*

Tonya Kelly Cronin (Bar No. 27166)
BAKER DONELSON
100 Light St.
Baltimore, MD 21202
Tel.:410-862-1049
tykelly@bakerdonelson.com

Nadira Clarke (Fed. Bar No. 20254)
Andrew T. George (Fed. Bar No. 19755)
Adam Dec*

Eileen F. Hyde\*\*
JoAnna B. Adkisson\*\*
BAKER BOTTS L.L.P.
700 K St. NW
Washington, DC 20001
Tel.: 202-639-7764
nadira.clarke@bakerbotts.com
andrew.george@bakerbotts.com
adam.dec@bakerbotts.com
eileen.hyde@bakerbotts.com
joanna.adkisson@bakerbotts.com


*\*Admission pending*
*\*\*Admitted pro hac vice*

*Attorneys for Defendant*