**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Baltimore Division**

| | |
|---|---|
| Estate of Henrietta Lacks,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Thermo Fisher Scientific Inc.,<br><br>　　　　　Defendant. | Case No. 1:21-cv-02524-DLB |

**EXHIBITS TO THERMO FISHER SCIENTIFIC'S MOTION TO DISMISS**

**EXHIBITS TO THERMO FISHER SCIENTIFIC'S MOTION TO DISMISS**

| EX # | DOCUMENT |
|---|---|
| 1 | Excerpts from Rebecca Skloot, *The Immortal Life of Henrietta* Lacks (Crown ed. 2010)\*<br>\**Page numbers have been added by Counsel to the electronic .pdf version of the exhibit by reference to the print version.* |
| 2 | New York Times Paperback Nonfiction Best Sellers (Aug. 26, 2012), https://www.nytimes.com/books/best-sellers/2012/08/26/paperback-nonfiction/ |
| 3 | Howard W. Jones, et al., *After Office Hours*, 38 Obstetrics & Gynecology 945 (Dec. 1971) |
| 4 | Michael Rogers, *The Double-Edged Helix*, Rolling Stone (Mar. 25, 1976) |
| 5 | *The Miracle of 'HeLa'*, Ebony (June 1976) |
| 6 | Rebecca Skloot, *Henrietta's Dance*, Johns Hopkins Magazine (Apr. 2000), https://pages.jh.edu/jhumag/0400web/01.html |
| 7 | *Life Technologies was acquired by Thermo Fisher Scientific in January, 2014*, https://www.thermofisher.com/us/en/home/brands/life-technologies.html (last accessed Nov. 29, 2021) |
| 8 | Life Technologies Corp., Current Report (Form 8-K), (Nov. 21, 2008) |
| 9 | Miriam Pollak, *Biospecimen Consent: Lessons from Henrietta Lacks* (Jun. 30, 2016), https://www.thermofisher.com/blog/biobanking/biospecimen-consent-lessons-from-henrietta-lacks/ |
| 10 | Amanda Maxwell, *Achieving Equitable Minority Representation in Biobanking* (Mar. 14, 2017) https://www.thermofisher.com/blog/biobanking/achieving-equitable-minority-representation-in-biobanking/ |
| 11 | Pet. Successor Personal Rep., *In re Estate of Henrietta Lacks*, No. 113489 (Aug. 9, 2010) |
| 12 | Order, *In re Estate of Henrietta Lacks*, No. 113489 (Aug. 9, 2010) |
| 13 | Letter to Register of Wills, *In re Estate of Henrietta Lacks*, No. 113489 (Feb. 9, 2017) |
| 14 | Andrea K. McDaniels, *Henrietta Lacks' family wants compensation for her cells*, Baltimore Sun (Feb. 15, 2017), https://www.baltimoresun.com/health/bs-hs-henrietta-lacks-johns-hopkins-20170213-story.html |
| 15 | Line to Strike and Enter Appearance, *In re Estate of Henrietta Lacks*, No. 113489 (May 29, 2018) |
| 16 | DeNeen L. Brown, *Can the 'immortal cells' of Henrietta Lacks sue for their own rights?*, Wash. Post (Jun. 25, 2018), https://www.washingtonpost.com/news/retropolis/wp/2018/06/25/can-the-immortal-cells-of-henrietta-lacks-sue-for-their-own-rights/ |
| 17 | Phoebe Unterman and Kai Ryssdal, *Who owns Henrietta Lacks' cells?*, Marketplace (Jul. 9, 2018), https://www.marketplace.org/2018/07/09/who-owns-henrietta-lacks-disembodied-cells/ |
| 18 | Consent to Appointment of Personal Representative, *In re Estate of Henrietta Lacks*, No. 113489 (Oct. 1, 2021) |