# Exhibit 1

# THE IMMORTAL LIFE OF HENRIETTA LACKS

Doctors took her cells without asking.
Those cells never died.
They launched a medical revolution
and a multimillion-dollar industry.
More than twenty years later, her children found out.
*Their lives would never be the same.*

REBECCA SKLOOT

Copyright © 2010 by Rebecca Skloot

All rights reserved.
Published in the United States by Crown Publishers,
an imprint of the Crown Publishing Group,
a division of Random House, Inc., New York.
www.crownpublishing.com

C<small>ROWN</small> and the Crown colophon are registered trademarks of Random House, Inc.

Portions of this work appeared, sometimes in different form, in "Taking the Least of You," *The New York Times Magazine*, copyright © 2006 by Rebecca Skloot; "Henrietta's Dance," *Johns Hopkins Magazine*, copyright © 2000 by Rebecca Skloot; "Enough with Patenting the Breast Cancer Gene," *Slate's Double X*, copyright © 2009 by Rebecca Skloot.

Library of Congress Cataloging-in-Publication Data
Skloot, Rebecca, 1972–
   The immortal life of Henrietta Lacks / Rebecca Skloot.
     p. cm.
   1. Lacks, Henrietta, 1920–1951—Health. 2. Cancer—Patients—Virginia—Biography. 3. African American Women—History. 4. Human experimentation in medicine—United States—History. 5. HeLa cells. 6. Cancer—Research. 7. Cell culture. 8. Medical ethics. I. Title.
   RC265.6.L24S55 2009
   616′.02774092—dc22
   [B]                     2009031785

eISBN: 978-0-307-58938-5

Photographs on the title page, and section pages for part one, two and three

copyright © 2010 Omar A. Quintero.

v3.0_r2

invasive type, and like hospitals nationwide, Hopkins treated all invasive cervical carcinomas with radium, a white radioactive metal that glows an eerie blue.

When radium was first discovered in the late 1800s, headlines nationwide hailed it as "a substitute for gas, electricity, and a positive cure for every disease." Watchmakers added it to paint to make watch dials glow, and doctors administered it in powdered form to treat everything from seasickness to ear infections. But radium destroys any cells it encounters, and patients who'd taken it for trivial problems began dying. Radium causes mutations that can turn into cancer, and at high doses it can burn the skin off a person's body. But it also kills cancer cells.

Hopkins had been using radium to treat cervical cancer since the early 1900s, when a surgeon named Howard Kelly visited Marie and Pierre Curie, the couple in France who'd discovered radium and its ability to destroy cancer cells. Without realizing the danger of contact with radium, Kelly brought some back to the United States in his pockets and regularly traveled the world collecting more. By the 1940s, several studies—one of them conducted by Howard Jones, Henrietta's physician—showed that radium was safer and more effective than surgery for treating invasive cervical        .

The morning of Henrietta's first treatment, a taxi driver picked up a doctor's bag filled with thin glass tubes of radium from a clinic across town. The tubes were tucked into individual slots inside small canvas pouches hand-sewn by a local Baltimore woman. The pouches were called Brack plaques, after the Hopkins doctor who invented them and oversaw Henrietta's radium treatment. He would later die of cancer, most likely caused by his regular exposure to radium, as would a resident who traveled with Kelly and also transported radium in his pockets.

One nurse placed the Brack plaques on a stainless-steel tray. Another wheeled Henrietta into the small colored-only operating room on the second floor, with stainless-steel tables, huge glaring lights, and an all-white medical staff dressed in white gowns, hats, masks, and gloves.

With Henrietta unconscious on the operating table in the center of the room, her feet in stirrups, the surgeon on duty, Dr. Lawrence Wharton Jr., sat on a stool between her legs. He peered inside Henrietta, dilated her cervix, and prepared to treat her tumor. But first—though no one had told Henrietta that TeLinde was collecting samples or asked if she wanted to be a donor—Wharton picked up a sharp knife and shaved two dime-sized pieces of tissue from Henrietta's cervix:

**31**

one from her tumor, and one from the healthy cervical tissue nearby. Then he placed the samples in a glass dish.

Wharton slipped a tube filled with radium nside Henrietta's cervix, and sewed it in place. He sewed a plaque filled with radium to the outer surface of her cervix and packed another plaque against it. He slid several rolls of gauze inside her vagina to help keep the radium in place, then threaded a catheter into her bladder so she could urinate without sturbing the treatment.

When Wharton finished, a nurse wheeled Henrietta back into the ward, and Wharton wrote in her chart, "The patient olerated the procedure well eft he operating room in good condition." On a separate page he wrote, "Henrietta Lacks … Biopsy of cervical issue … Tissue given to Dr. George Gey."

A resident took the dish with the samples to Gey's lab, as he'd done many times before. Gey still got excited at moments like this, but everyone else in his lab saw Henrietta's sample as something tedious—the latest of what felt like countless samples that scientists and lab technicians had been trying and failing to grow for years. They were sure Henrietta's cells would die just like all the others.

division on the screen in one smooth motion, like a story unfolding in a flip book.

It took Gey eight years to get through medical school because he kept dropping out to work construction and save for another year's tuition. After he graduated, he and Margaret built their first lab in a janitor's quarters at Hopkins—they spent weeks wiring, painting, plumbing, building counters and cabinets, paying for much of it    th their own money.

Margaret was cautious and stable, the backbone of the lab. George was an enormous, mischievous, grown-up kid. At work he was dapper, but at home he lived in flannels, khakis, and suspenders. He moved boulders around his yard on weekends, ate twelve ears of corn in one sitting, and kept barrels full of oysters in his garage so he could shuck and eat them anytime he wanted. He had the body of a retired linebacker, six feet four inches tall and 215 pounds, his back unnaturally stiff and upright from having his spine fused so he'd stop throwing it out. When his basement wine-making factory exploded on a Sunday, sending a flood of sparkling burgundy through his garage and into the street, Gey just washed the wine into a storm drain, waving at his neighbors as they walked to church.

Gey was a reckless visionary—spontaneous, quick to start dozens of projects at once, filling the lab and his basement at home with half-built machines, partial discoveries, and piles of junkyard scraps only he could imagine using in a lab. Whenever an idea hit him, he sat wherever he was—at his desk, kitchen table, a bar, or behind the wheel of his car—gnawing on his ever-present cigar and scribbling diagrams on napkins or the backs of torn-off bottle labels. That's how he came up with the roller-tube culturing technique, his most important invention.

It involved a large wooden roller drum, a cylinder with holes for special test tubes called roller tubes. The drum, which Gey called the "whirligig," turned like a cement mixer twenty-four hours a day, rotating so slowly it made only two full turns an hour, sometimes less. For Gey, the rotation was crucial: he believed that culture medium needed to be in constant motion, like blood and fluids in the body, which flow around cells, transporting waste and nutrients.

When Mary finally finished cutting the samples of Henrietta's cervix and dropping them in dozens of roller tubes, she walked into the incubator room, slid the tubes one at a time into the drum, and turned it on. Then she watched as Gey's machine began churning slowly.

**39**

**H**enrietta spent the next two days in the hospital, recovering from her first radium reatment. Doctors examined her inside and out, pressing on her stomach, inserting new catheters into her bladder, fingers into her vagina and anus, needles into her veins. They wrote notes in her chart saying, "30 year-old colored female lying quietly in no evident distress," and "Patient feels quite well tonight. Morale is good and she is ready to go home."

Before Henrietta left the hospital, a doctor put her feet in the stirrups again and removed the radium. He sent her home with instructions to call the clinic if she had problems, and to come back for a second dose of radium in two and a half weeks.

Meanwhile, each morning after putting Henrietta's cells in culture, Mary started her days with the usual sterilization drill. She peered into the tubes, laughing to herself and thinking, *Nothing's happening. Big surprise*. Then, two days after Henrietta went home from the hospital, Mary saw what looked like little rings of fried egg white around the clots at the bottoms of each tube. The cells were growing, but Mary didn't think much of it—other cells had survived for a while in the lab.

But Henrietta's cells weren't merely surviving, they were growing with mythological intensity. By the next morning they'd doubled. Mary divided the contents of each tube into two, giving them room to grow, and within twenty-four hours, they'd doubled again. Soon she was dividing them into four tubes, then six. Henrietta's cells grew to fill      uch space as Mary gave them.

Still, Gey wasn't ready to celebrate. "The cells could die any minute," he told Mary.

But they didn't. They kept growing like nothing anyone had seen, doubling their numbers every twenty-four hours, stacking hundreds on top of hundreds, accumulating by the millions. "Spreading like crabgrass!" Margaret said. They grew twenty times faster than Henrietta's normal cells, which died only a few days after Mary put them in culture. As long as they had food and warmth, Henrietta's cancer cells seemed unstoppable.

Soon, George told a few of his closest colleagues that he thought his lab might have grown the first  mmortal     an cells.

To which they replied, Can I have some? And George said yes.

**40**

> supported facilities like Nelson-Rees's to commercial outfits with toll-free 800 numbers, from whom      der, for      iny glass vial      a cells.

With that paragraph, suddenly the Lacks brothers became very interested in the story of HeLa. They also became convinced that George Gey and Johns Hopkins had stolen their mother's cells and made millions selling them.

But in fact, Gey's history indicates that he wasn't particularly interested in science for profit: in the early 1940s he'd turned down a request to create and run the first commercial cell-culture lab. Patenting cell lines is standard today, but it was unheard of in the fifties; regardless, it seems unlikely that Gey would have patented HeLa. He didn't even patent the roller drum, which is still used today and could have made him      une.

In the end, Gey made a comfortable salary from Hopkins, but he wasn't wealthy. He and Margaret lived in a modest home that he bought from a friend for a one-dollar down payment, then spent years fixing up and paying off. Margaret ran the Gey lab for more than a decade without pay. Sometimes she couldn't make their house payments or buy groceries because George had drained their account yet again buying lab equipment they couldn't afford. Eventually she made him open a separate checking account for the lab, and kept him away from their personal money as much as she could. On their thirtieth wedding anniversary, George gave Margaret a check for one hundred dollars, along with a note scribbled on the back of an aluminum oxide wrapper: "Next 30 years not as rough. Love, George." Margaret never cashed the check, and things never got    uch better.

Various spokespeople for Johns Hopkins, including at least one past university president, have issued statements to me and other journalists over the years saying that Hopkins never made a cent off HeLa cells, that George Gey gave them    l

There's no record of Hopkins and Gey accepting money for HeLa cells, but many for-profit cell banks and biotech companies have. Microbiological Associates—which later became part of Invitrogen and BioWhittaker, two of the largest biotech companies in the world—got its start selling HeLa. Since Microbiological Associates was privately owned and sold many other biological products, there's no way to know how much of its revenue came specifically from HeLa. The same is true for many other companies. What we do know is that today, Invitrogen sells HeLa products that cost anywhere from $100 to nearly $10,000 per vial. A search of the U.S. Patent and Trademark Office database turns up more than seventeen thousand patents involving HeLa cells. And there's no way to quantify the professional gain many scientists have

achieved with the help of HeLa.

The American Type Culture Collection—a nonprofit whose funds go mainly toward maintaining and providing pure cultures for science—has been selling HeLa since the sixties. When this book went to press, their price per vial was $256. The ATCC won't reveal how much money it brings in from HeLa sales each year, but since HeLa is one of the most popular cell lines in the world, that number is surely significant.

Lawrence and Sonny knew none of this. All they knew was that Gey had grown their mother's cells at Hopkins, someone somewhere was making money off of them, and that someone wasn't related to Henrietta Lacks. So, in an attempt to get Hopkins to give them what they saw as their cut of the HeLa profits, they made handouts about Henrietta Lacks's family being owed their due, and gave them o customers at  awrence's store.

Deborah wanted nothing to do with fighting Hopkins—she was too busy raising her children and trying to teach herself about her mother's cells. She got herself some basic science textbooks, a good dictionary, and a journal she'd use to copy passage after passage from biology textbooks: "Cell is a minute portion of living substance," she wrote. "They create and renew all parts of the body." But  ostly she wrote diary entries about              ng:

> *going on with pain*
> *… we should know what's going on with her cells from all of them that have her cells. You might want to ask why so long with this news, well its been out for years in and out of video's papers, books, magazines, radio, tv, all over the world. … I was in shock. Ask, and no one answers me. I was brought up to be quiet, no talking, just listen. … I have something to talk about now, Henrietta Lacks what went out of control, how my mother went through all that pain all by her self with those cold hearted doctor. Oh, how my father, said how they cooked her alive with radiation treatments. What went on in her mind in those short months. Not getting better and slipping away from her family. You see I am trying to relive that day in my mind. Youngest baby in the hospital with TB oldest daughter in another hospital, and three others at home, and husband got to, you hear me, got to work through it all to make sure he can feed his babies. And wife dying … Her in that cold looking ward at John Hopkin Hospital, the side for Black's only, oh yes, I know. When that day came, and my mother died, she was Robbed of her cells and John Hopkins Hospital learned of those cells and kept it to themselfs, and gave them to who they wanted and even changed the name to HeLa cell and kept it from us for 20+       hey say Donated. No No No Robbed Self.*
> *My father have not   gned any paper. … I      hem to show me proof. Where are they.*

The more Deborah struggled to understand her mother's cells, the more HeLa research terrified her. When she saw a *Newsweek* article called PEOPLE-PLANTS that said scientists had crossed Henrietta Lacks's cells with tobacco cells, Deborah thought they'd created a human-plant monster that was half her mother, half tobacco. When she found out scientists had been using HeLa cells