# Exhibit 2

[HBO Max advertisement: Station Eleven - New Limited Series Streaming Thursday - Watch Trailer]

# Paperback Nonfiction - August 26, 2012

This copy is for your personal, noncommercial use only.

| | | |
|---|---|---|
| 1 | 15 WEEKS ON THE LIST | |
| | **IN THE GARDEN OF BEASTS** | |
| | by Erik Larson \| Broadway | |
| | William E. Dodd, the United States ambassador to Germany, and his daughter, Martha, in 1930s Berlin. | |

| | | |
|---|---|---|
| 2* | 75 WEEKS ON THE LIST | |
| | **THE IMMORTAL LIFE OF HENRIETTA LACKS** | |
| | by Rebecca Skloot \| Broadway | |
| | A woman's cancer cells were cultured without her permission in 1951. | |

| | | |
|---|---|---|
| 3 | 283 WEEKS ON THE LIST | |
| | **THE GLASS CASTLE** | |
| | by Jeannette Walls \| Scribner | |
| | The author recalls her bizarre childhood, during which she was constantly on the move. † | |

| | | |
|---|---|---|
| 4 | 62 WEEKS ON THE LIST | |
| | **OUTLIERS** | |
| | by Malcolm Gladwell \| Back Bay/ Little, Brown | |
| | Why some people succeed — it has to do with luck and opportunities as well as talent. | |

| | | |
|---|---|---|
| 5 | 91 WEEKS ON THE LIST | |
| | **HEAVEN IS FOR REAL** | |
| | by Todd Burpo with Lynn Vincent \| Thomas Nelson | |
| | A boy's encounter with Jesus and the angels. | |

| | | |
|---|---|---|
| 6* | 4 WEEKS ON THE LIST | |
| | **HOW TO BE A WOMAN** | |
| | by Caitlin Moran \| Harper Perennial | |
| | An approach to feminism that's part memoir, part polemic. | |

| | | |
|---|---|---|
| 7 | 3 WEEKS ON THE LIST | |
| | **1493** | |
| | by Charles C. Mann \| Vintage | |
| | The author says that ecological encounters since Columbus have affected subsequent human history. | |

| | | |
|---|---|---|
| 8 | 32 WEEKS ON THE LIST | |
| | **BOSSYPANTS** | |
| | by Tina Fey \| Back Bay/ Little, Brown | |
| | The "30 Rock" creator's memoir. | |

| | | |
|---|---|---|
| 9* | 6 WEEKS ON THE LIST | |
| | **A STOLEN LIFE** | |
| | by Jaycee Dugard \| Simon & Schuster | |
| | A woman tells of being kidnapped at the age of 11 and held prisoner for 18 years. | |

| | | |
|---|---|---|
| 10 | 229 WEEKS ON THE LIST | |
| | **THE DEVIL IN THE WHITE CITY** | |
| | by Erik Larson \| Vintage | |
| | A story of how an architect and a serial killer were linked by the World's Fair of 1893. | |

| | | |
|---|---|---|
| 11 | 17 WEEKS ON THE LIST | |
| | **THE OTHER WES MOORE** | |
| | by Wes Moore \| Spiegel & Grau | |
| | A tale of two Wes Moores: the author, a Rhodes scholar; the other, a man in prison. | |

| | | |
|---|---|---|
| 12* | 72 WEEKS ON THE LIST | |
| | **BORN TO RUN** | |
| | by Christopher McDougall \| Vintage | |
| | Secrets of distance running from a Mexican Indian tribe. | |

| 13 | 11 WEEKS ON THE LIST |
|---|---|
| | THE EIGHTY-DOLLAR CHAMPION |
| | by Elizabeth Letts | Ballantine |
| | The story of Snowman the horse, the jumper and national celebrity. |

| 14 | 11 WEEKS ON THE LIST |
|---|---|
| | 1491 |
| | by Charles C. Mann | Vintage |
| | A portrait of pre-Columbian life in the Americas. |

| 15 | 397 WEEKS ON THE LIST |
|---|---|
| | TIPPING POINT |
| | by Malcolm Gladwell | Back Bay/ Little, Brown |
| | A study of social epidemics, otherwise known as fads. |

RELATED COVERAGE

THE NEW YORK TIMES BOOK REVIEW

### The 10 Best Books of 2021

Editors at The Times Book Review choose the best fiction and nonfiction titles this year.

