# Exhibit 3

# AFTER OFFICE HOURS

## GEORGE OTTO GEY (1899–1970)

*The HeLa Cell and a Reappraisal of its Origin*

HOWARD W. JONES, JR, MD, FACOG,
VICTOR A. MC KUSICK, MD,
PETER S. HARPER, MD AND
KUANG-DONG WUU, MD



IT HAS BEEN OFTEN SAID that scientific discovery results when the right man is in the right place at the right time. In the years immediately after World War II, carcinoma in situ of the cervix was a new and controversial concept of much interest to Richard W. Telinde and to several of his gynecologic residents of that era at Johns Hopkins. For those who now take carcinoma in situ as a matter of fact, it needs to be recalled that in the years immediately after World War II the main point at issue was whether carcinoma in situ was in reality carcinoma at all. The vocal opinion of many classical pathologists held that the label carcinoma could not be used unless invasion could be identified.

From the Departments of Gynecology and Obstetrics and the Division of Medical Genetics of the Department of Medicine of the Johns Hopkins University School of Medicine, Baltimore, Md 21205.
  Address reprint requests to: Howard W. Jones, Jr, MD, The Woman's Clinic, The Johns Hopkins Hospital, Baltimore, Md 21205.
  Submitted for publication June 4, 1971.
  The illustration at the top of the page shows William Kemp dancing the Morris. From Kemp's "Nine Daies Wonder," 1600 (The Bettman Archive).

A series of morphologic and clinical studies from the Department of Gynecology at Johns Hopkins, as well as elsewhere, helped to resolve the problem, but by 1950 it was by no means settled. Telinde, many times, talked of trying to interest George Gey (Fig 1) in applying his expertise with the roller tube tissue culture technic to the study of the growth characteristics of normal cervical epithelium, intraepithelial carcinoma and invasive cancer. It was thought that the characteristics exhibited by intraepithelial carcinoma might indicate whether this controversial lesion was more closely related to normal epithelium or invasive cancer.

The then Assistant Resident Gynecologist, Dr. Ward Coffman, later of Zanesville, Ohio, and now in Arizona, became interested in the problem and collected many specimens for George Gey's roller tubes. It soon became evident that the tissue culture technic might not be helpful in solving this problem for the simple reason that neither invasive epidermoid cancer nor intraepithelial cancer, nor normal cervical epithelium, would grow in culture—until!

On the first of February 1951, there appeared in the Gynecologic outpatient department a 31-year-old woman who complained of intermenstrual spotting. In spite of her youth, this patient had successfully completed her fifth pregnancy in September 1950.

The gynecologist who saw her first and who, 20 years later, now participates in writ-



Fig 1. George Otto Gey (1899–1970)

## GEORGE OTTO GEY (1899–1970)

ing this account found a slightly elevated, ragged, purple lesion about 2½ cm in diameter and centered at about 4 o'clock in an otherwise normal parous cervix. On palpation, the lesion was so soft that it was scarcely recognizable to the examining finger. The remainder of the pelvic examination was unrevealing, although the trauma therefrom caused bleeding from this obviously vascular lesion. The examiner, who considered himself not without experience in the appearance of cervical cancer, was quite concerned that the unusual appearance of this lesion was not consistent with the diagnosis of cancer. At a loss for a proper diagnosis, the possibility of a primary chancre of the cervix was considered, although neither before nor since has the examiner ever seen one.

However, in those days, syphilis was considerably more common than now, and it was easy to obtain a dark field examination in a nearby clinic. However, this failed to reveal any spirochetes.

Only after this negative dark field examination on February 1, 1951, was a biopsy, which revealed carcinoma, obtained.

Eight days later, the Resident Gynecologist, Dr. Lawrence Wharton, Jr, before applying radium obtained for Dr. Coffman and Dr. Gey the biopsy which has secured for the patient, Henrietta Lacks (Fig 2) as HeLa, an immortality which has now reached 20 years. Will she live forever if nurtured by the hands of future workers? Even now Henrietta Lacks, first as Henrietta and then as HeLa, has a combined age of 51 years.

And so carcinoma of the cervix was first grown and cultured. Perhaps this was so because the tumor was biologically unique— a 31-year-old patient, a peculiar appearance and a neoplasm which was to prove quite resistant to radiation, for Henrietta Lacks was dead within 8 months with widespread disease.

HeLa, with a generation time of about 24 hours, if allowed to grow uninhibited under optimal cultural conditions, would have



Fig 2. Henrietta Lacks (HeLa)

taken over the world by this time. As it is, the mass of HeLa cells that has been grown must be enormous, as is also the information which has been derived from their study. As the first established human cell line, the HeLa cell contributed massively and is still contributing to the explosion of molecular and cell biology. The literature on the biology of the HeLa cell is extensive. In 1968 the Index Medicus responded by beginning to list publications under *HeLa Cell* as a

JONES ET AL



**Fig 3.** Photomicrograph of HeLa cells showing adenocarcinoma of the cervix.

separate heading. Uses to which it has been put include studies of the nutritional requirements of cells in culture, studies of viral growth, studies of protein synthesis, drug effects and studies of somatic cell genetics—eg, genetic control mechanisms, mutation at the cellular level and many others. A HeLa bibliography reads like a Who's Who of cell biology and indeed of modern biomedical science: L. L. Coriell, Rody Cox, Robert DeMars, Harry Eagle, Stanley Gartler, N. H. Giles, Howard Green, Henry Harris, T. C. Hsu, Colin McLeod, Paul Moorhead, John Paul, Theodore Puck, Alexander Rich, R. T. Schimke, William Scherer, J. T. Syverton, Mary Weiss and many others. The use of the HeLa cell far exceeds that reflected in the published literature, because it is the reference cell in so many research laboratories. For example, biochemists are likely to turn to the handy HeLa cell in working out methods of enzyme assay before applying them to cultured fibroblasts from patients with genetic disorders.

Biology and medicine are greatly indebted to George Gey, whose skill with the tissue culture technic made all this possible.

But there is a final note—all these years HeLa has been considered an epidermoid carcinoma of the cervix. Its histopathology has been taken for granted. Indeed, it was so diagnosed in a routine fashion in the laboratory 20 years ago, and apparently no one has looked at the section since. The diagnosis was presumably accepted by the tissue culture laboratory, possibly even over the phone, for the first publication by Gey, Coffman and Kubicek announced that "one strain of epidermoid carcinoma has been established." In all subsequent publications, the diagnosis was retained. Recent reexamination of the biopsy taken in February 1951 shows a tumor growing in sheets of cells with large dark nuclei. However, many of the

## GEORGE OTTO GEY (1899–1970)

cells show a telltale acinous formation with clear gland cells growing directly from the ordered glandular cords into sheets which were misinterpreted and mislabeled two decades ago as epidermoid carcinoma. HeLa is without a doubt, in the opinion of Dr. J. Donald Woodruff and this gynecologist, a very aggressive adenocarcinoma of the cervix (Fig 3). And so it is necessary to record that the first continuous cell strain is not of epidermoid carcinoma of the cervix, and it must be noted that it is very likely that even now a continuous cell line from epidermoid carcinoma of the cervix has yet to be established. However, the exact histopathologic nature of HeLa is but a footnote to the abiding genius of George Gey who, 20 years ago, initiated the first continuous human cell line.

**REFERENCE**

Gey GO, Coffman WD, Kubicek MT: Tissue culture studies of the proliferative capacity of cervical carcinoma and normal epithelium." Cancer Res 12:264–265, 1952