# Exhibit 5

A JOHNSON PUBLICATION

21-cv-02524-DLB   Document 20-7   Filed 12/16/21   Page

# EBONY

**Atlanta's Winning Fight Against Black-on-Black Crime**

**HOW DIET CAN HELP YOUR LOVE LIFE**

**ANNUAL BASEBALL ROUNDUP**









**PAM GRIER:** More Than Just A Sex Symbol

JUNE 1976 $1

# THE MIRACLE OF 'HELA'
21-cv-02524-DLB Document 20-7 Filed 12/16/21 Pag



Mrs. Henrietta Lacks, who died of cancer in 1951, inspired the interest of medical researchers because the cells from her tumor have in some way survived and are contributing to cancer cure search. She is shown with her husband David at time of their marriage.

## Tissue of a woman dead 25 years has strangely survived as a major tool in fight against cancer

**A**N OBSCURE black woman without training in medicine has ironically become one of the pivotal figures of the crusade against cancer. Mrs. Henrietta Lacks, the mother of five, died 25 years ago, but her cancerous cells are being studiously preserved as an important instrument of science.

Already her name, in contracted form, is invariably included in the journals and symposia of the fight against cancer. Her "HeLa" cells, say workers in the field, have yielded vital information about the causes of cancer and other problems of medicine. For it is the first time ever that human cancer tissue has been preserved so long.

The events of the story, one of the marvels of research, had a tragic beginning for the woman and her family.

One winter day, Mrs. Lacks, 31, paid a desperation visit to the gynecology clinic at Johns Hopkins University, complaining of vaginal bleeding. A sample of her tissue was immediately referred to Dr. George Gey of the Johns Hopkins faculty. Dr. Gey was a leader in tissue culture studies, a field of medicine in which tissues are preserved for experiments in laboratories.

Most of the tissues that he studied were of animal origin, since human cancer tissue had been impossible to preserve. But the HeLa cells, as they were soon to be known, were very different in behavior.

Mrs. Lacks did not recover; she died ten months later. But her tissue lived on. The cancer cells went right on multiplying, dividing about once in every 24 hours. Cancerous cells have a curious ability to invade other tissue and condition its behavior, leaving their imprint on the chromosomal structures of the colonized cells. Soon the HeLa cells were invading the nuclei of other laboratory tissue. And since tissue samples are regularly exchanged among centers of research, HeLa cells began turning up everywhere, contaminating the vials of medical researchers all over the world.

Aside from this inadvertent spread of HeLa, samples of the cells were regularly sent to other research centers, where their value has been inestimable.

As Dr. Jack E. White, who directs the Cancer Research Center at Howard University, explains: "We've been able to grow animal cells in the laboratory, but it has been far more difficult to squeeze out human cells from

  Continued on Next Page  93



**The celebrity** of Mrs. Lacks has come as something of a surprise to the members of her family. Pictured at right are her widower David, their daughter Deborah (LL), their daughter-in-law Bobbette and her daughter La Donna. Until recent months, ironically, the family did not know of the importance of the tissue.

## MIRACLE OF 'HELA' Continued

their [natural environment] until the HeLa were discovered. We are now able to look at what cells do and why, and that is essential information in the understanding of cancer."

Another prominent worker, Dr. Walter Nelson-Rees of the National Cancer Institute, puts it this way: "You can do with cells of a human being what you cannot do with a human being himself. While you can work with an animal in a laboratory setting, you really cannot work with a human in such a way."

Mrs. Lacks has been rewarded with a strange immortality, both figuratively and literally. Her tissue is being studied in cancer facilities around the country and the world, where her importance is established. She is a familiar notation in any up-to-date textbook. There is no course in the field that does not include her contribution. As a matter of fact, among younger students, she is something of a cult figure—an emotional symbol of indomitable life. A scribbling on the wall of one medical facility (confusing her name) declares that "Helen Lane Lives!"

FOR the family of Mrs. Lacks—her husband David, her eldest son David Jr., and other survivors—her curious fame is still something of a mystery, although their interest is increas-



**The many articles about HeLa** have created an interest in the field on the part of the survivors. Shown above are son David, his wife Bobbette and daughter La Donna. Today, Lacks are "kind of happy" about mother's contribution.

94    EBONY • June, 1976    Continued on Page 96










**David Jr.** is shown above with his daughter, Kimberly, near home in Baltimore. Pictured at left is his brother, Joseph. In all, the couple had five children (four of whom are still living and make homes in Baltimore area.

### MIRACLE OF 'HELA' Continued

ing. The family has remained in the Baltimore area, where David Lacks, who has never remarried, is employed on the shipping docks.

He is visibly embarrassed when confronted with the subject of his wife's contribution to cancer research.

"All I remember is that she had this disease, and right after she died they called me in the office wanting to get my permission to take a sample of some kind. I decided not to let them. They said it was the fastest-growing cancer ever known, and they were going to tell me all about it, to let me know. But I never did hear."

Lawrence recalls that earlier this year the writer of a book entitled *Medical Genetics* called his home to solicit a few samples of blood from the family. But that, as he recalls, "was the last time we ever heard from him."

The earliest clues into the author's concern occurred a few weeks later, as Lawrence recalls, when a feature writer for Rolling Stone magazine asked to interview the family. It was only then that the family was told that the cells of Mrs. Lacks had been keenly observed for a quarter of a century, and were yielding vital information. Later, Lawrence was sent a copy of the article. He has read it with interest. "It's good to know that someone can be helped," he says. "I imagine I am kind of happy."

Possibly contributing to the confusion of the family is the curious fact that in several of the stories Mrs. Lacks is described as Helen Lane. In one of the articles she is called Helen Larson.

Lawrence, now 40, was still in his teens when his mother became ill. He remembers her now as a church-going woman who was deeply religious and devoted to her family. But he cannot remember her illness very clearly. "I don't recall that she was suffering any pain. The clearest thing of all that I remember about mom were those beatings that she gave me. I had a habit of



**YOU'LL HAVE THE WHOLE WORLD IN YOUR HANDS**

**FOR ONE MONTH ONLY**

JUST $12.99 each
OR ANY 2 FOR $23.99

FREE 72-PAGE HAIR AND BEAUTY CATALOG!

Check Coupon Below!

THE FABULOUS NEW "SHORT BACK CUT" #7366

ROYALTY & YOU—...

CAPTURE—...  #7560

PRINCESS—...

MENS #6440

Lightweight—...  #7665

AFRO QUEEN—...  #9265

PROPHET—...  #604E

FREE EYELASHES WITH EVERY WIG ORDER!

GOLD MEDAL GOLDEN GUARANTEE

"THE BUBBLE WIGLET" #7126

GOLD MEDAL HAIR PROD. Inc. Dept. 220
16 Hoover St., Inwood, L.I., N.Y. 11696 FREE CATALOG
Style # | How many | Price | Check Here

[order form]

SUCCESS—...  #9538

## MIRACLE OF 'HELA' Continued

...in the beauty... it got him...

Other members of the family have described Mrs. Lacks as a spiritual person who trusted deeply in God.

Their recollections are only tantalizing clues into the personality and the character of Mrs. Lacks, her medical history and other details of her life. She emerges from the pages of a photo album as an attractive woman of medium build. But the family cannot recall any medical complications before her cancer was discovered.

She appears to have endured her months of suffering with a minimum of complaint, finding her strength in the Catholic faith that had ruled her life. The only real signs of her cancer, say her family, were her loss of weight and a discoloration of her lower abdomen arising from radiation treatment.

With the single exception of: daughter, Elsie, all of her children are alive today and none has ever been diagnosed for cancer. After her death, her husband, assisted by a distant relative, kept the family together. Now he resides in Lawrence's home in a residential area near Morgan State College.

All of the children are high school graduates but have not continued their education.

The children remember that Mrs. Lacks never worked but devoted her attention to the care of the family.

Meanwhile, the excitement that she has inspired goes on.

Aside from their accumulating cancer-study uses, HeLa cells are being employed extensively in other medical research. The cells are contributing to basic studies of congenital diseases, environmental pollution and other areas of research. For example, HeLa cells have been systematically tested—with drugs, chemicals and environmental agents—for signs of mutation, growth and other behavior. They have been of great use in experimental studies of x-ray effects. HeLa is exposed to many harmful microorganisms so that cellular invasion by infectuous agents can be better understood. And the cells are important in many studies of nutrition. According to an article in Smithsonian magazine, HeLa cells are the "standard reference cell" among a great many specialities; were it not for their existence, "current research would be years behind its present state." To which Dr. John Ultmann, who heads the cancer research center at the University of Chicago, adds: "There isn't a cancer research laboratory anywhere that hasn't used HeLa cells."

It is highly improbable that her race need have been a factor in the odd behavior of Mrs. Lacks' cancer cells. The causes of malignancy of any description are still a medical mystery. As Dr. Nelson-Rees has remarked of this problem: "I don't think that anyone really knows why one cell grows and another one doesn't."

On the other hand, Dr. W. Montague Cobb, who is editor of the Journal of the National Medical Assn. and a vocal authority in many areas of black medicine, feels it is more than just a bit of poetic justice that "this woman of Afro-American descent will go down as being the source of cancer-related experimentation."



**Relaxing at home**, Lawrence, with wife and son, Ronald, peruses an old scrapbook from the earlier years as he remembers his mother. He recalls her best as a spiritual individual who attended church and trusted deeply in God.