# Exhibit 7



Home › Brands

# Life Technologies



## Life Technologies was acquired by Thermo Fisher Scientific in January, 2014

Our innovative life science, applied science, and clinical products are now found under the **Applied Biosystems™**, **Invitrogen™**, **Gibco™**, **Ion Torrent™**, and **Molecular Probes™** brands.

[Home page]    [Shop all products]

### Life Sciences

Featured product areas:

- Antibodies
- Cell Analysis
- Cell Culture & Transfection
- Cloning
- DNA & RNA Purification
- PCR
- Protein Biology
- Sequencing

### Applied Sciences

Featured product areas:

- Animal Health
- Bioproduction
- Food Safety
- Human Identification

### Clinical Sciences

Featured product areas:

- Clinical & Translational Research
- Clinical Laboratory Services
- Diagnostic Development
- Molecular Diagnostics
- Preclinical to CDx Development for Oncology
- Public Health

### Resources

Technical Resources
Manuals & Protocols
Support Centers
Product FAQs ›
Videos
Webinars

### Support

Order Support
Contact Us

United States

**Terms & Conditions**   |   **Privacy Information Center**   |   **Price & Freight Policy**

