# Exhibit 11



*Filed 8/9/10 MDU*

## IN THE ORPHANS' COURT FOR BALTIMORE COUNTY, MARYLAND

| | |
|---|---|
| IN THE MATTER OF | * |
| THE ESTATE OF | * |
| HENRIETTA LACKS | *   ESTATE NO: 113489 |
| Deceased | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PETITION FOR SUCCESSOR PERSONAL REPRESENTATIVE

TO THE HONORABLE, THE JUDGES OF THE SAID COURT:

Now comes Lawrence Lacks, by Sidney Schlachman, Esquire, and respectfully represents unto Your Honors:

1. That he is at least eighteen (18) years of age and is a citizen of the United States.

2. That Henrietta Lacks, a resident of Baltimore County, Maryland departed this life on October 4, 1951.

3. That Deborah Jean Lacks-Pullum, the daughter of the decedent, was appointed Personal Representative of the decedent's Estate by the Register of Wills of Baltimore County on October 16, 2000 for the purpose of searching for assets only. That Deborah Jean Lacks, formerly known as Deborah Jean Lacks-Pullum, departed this life on May 12, 2009 and a copy of her death certificate is attached hereto as an Exhibit to this Petition.

4. That Lawrence Lacks, who resides at 1304 Kitmore Road, Baltimore, Maryland 21239 is a son of Henrietta Lacks and desires to continue the Estate for Litigation only. He is entitled to serve as Successor Personal Representative under Section 5-104(1) of the Estates and Trusts Article of the Annotate Code of Maryland as the only two (2) surviving next of kin, namely, Zakariyya Bari Abdul Rahman and David Junius Lacks, both sons of the decedent, consented to Lawrence Lacks to act as Successor Personal Representative.

5.      The decedent was married at the time of her death to David Lacks, who departed this life on July 11, 2002 and was also survived by a minor daughter, namely Elsie Lacks who departed this life on February 24, 1958, being 15 years of age at the time of her death.

6.      There are no new funds available to this Estate at this time.

7.      Attached hereto is an Amended List of Interested Persons that has been signed by Lawrence Lacks.

8.      That, if appointed, Lawrence Lacks, accepts the duties of the office of Successor Personal Representative and consents to personal jurisdiction and any action brought in this Estate against him as Successor Personal Representative arising out of the duties of Successor Personal Representative.

WHEREFORE, Lawrence Lacks prays that this Honorable Court will issue an Order:

A. Appointing Lawrence Lacks as Successor Personal Representative of the Estate of Henrietta Lacks;

B. Authorizing the Successor Personal Representative to proceed under formal administration; and,

C. Grant him such other and further relief as the nature of his cause may require.

**I DO SOLEMNLY DECLARE AND AFFIRM** under penalties of perjury that the information contained herein is true and correct according to my best knowledge, information and belief.

_____  
SIDNEY SCHLACHMAN, ESQUIRE  
300 E. Lombard Street, Suite 1100  
Baltimore, Maryland  21202  
Attorney for the Estate of  
Henrietta Lacks

_____  
LAWRENCE LACKS  
1304 Kitmore Road  
Baltimore, Maryland  21239  
Petitioner