# Exhibit 12

IN THE ORPHANS' COURT FOR BALTIMORE COUNTY, MARYLAND

| | | |
|---|---|---|
| IN THE MATTER OF | * | |
| THE ESTATE OF | * | |
| HENRIETTA LACKS | * | ESTATE NO: 113489 |
| Deceased | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

**UPON** the foregoing verified Petition, it is this 9th day of August, 2010 by the Orphans' Court for Baltimore County

**ORDERED** that Lawrence Lacks be and hereby, appointed Successor Personal Representative of the Small Estate of Henrietta Lacks.

**IT IS FURTHER ORDERED** that the proceeding in this Estate shall continue to be administered as a Small Estate for Litigation Only at this time.

*[signature]*