# Exhibit 13

*(handwritten top right)* #113489

*(handwritten top left)* Filed 2/8/17

RECEIVED

FEB 0 9 2017

REGISTER OF WILLS
BALTIMORE COUNTY

**LAW OFFICES**

# MURTHA, PSORAS & LANASA, LLC

**HEAVER PLAZA**

| | | |
|---|---|---|
| **JOSEPH MURTHA** | **1301 YORK ROAD, SUITE 200** | **3697 PARK AVENUE, STE. 200** |
| **GEORGE PSORAS, JR.** | **LUTHERVILLE, MARYLAND 21093** | **ELLICOTT CITY, MD 21043** |
| **GREGORY J. PSORAS** | **(410) 583-6969** | **(410) 750-6200** |
| **FRANCIS C. LANASA** | **FAX (410) 583-4706** | |
| **ERIC S. LICKSTEIN** | | |
| **R. BENJAMIN MIDDLETON, JR.** | | lanasa@mpllawyers.com |

**WILSON P. McMANUS**
*Of Counsel*

February 9, 2017

Register of Wills for Baltimore County
401 Bosley Avenue
Towson, Maryland 21204

      **RE:**   ***Estate of Henrietta Lacks***
              Estate No.: 113489

Dear Sir or Madam:

Please issue an updated Letter of Administration in the above referenced estate. The updated Letter of Administration is needed for litigation purposes only.

I appreciate your time and attention. If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Francis C. Lanasa

FCL/mpf

*(handwritten)* per Mr Lanasa he is entering his appearance as
attorney of record for This estate as well as The
#10 attorney for litigation - eat