# Exhibit 15

**RECEIVED**
**MAY 29 2018**
REGISTER OF WILLS
BALTIMORE COUNTY

## BEFORE THE REGISTER OF WILLS FOR BALTIMORE COUNTY, MARYLAND

|  |  |
|---|---|
| IN THE ESTATE OF<br>HENRIETTA LACKS | Estate No.: 000000113489 |

### LINE TO STRIKE AND ENTER APPEARANCE

Dear Clerk:

Please note that the Personal Representative, Lawrence Lacks, is changing attorneys on behalf of the Estate of Henrietta Lacks (the "Estate"). As such, this matter will henceforth be represented by Christina J. Bostick and The Law Office of Christina J. Bostick. Accordingly, please strike the appearance of Francis C. Lanasa and Murtha, Psoras & Lanasa, LLC. Additionally, please send all future notifications and correspondence to:

> **Christina J. Bostick, Esquire**
> **Bostick Law Office**
> **6030 Daybreak Circle**
> **Ste. A150-356**
> **Clarksville, MD 21029.**

Respectfully submitted,

| THE LAW OFFICE OF | LANASA, MURTHA |
| CHRISTINA J. BOSTICK | & LANASA, LLC |

Christina J. Bostick, Esq.
*cjbostick@BostickLawOffice.com*
6030 Daybreak Circle
Ste. A150-356
Clarksville, Maryland 21029
(443) 832-3259 (t)
(443) 283-4295 (f)

Francis C. Lanasa
*lanasa@mpllawyers.com*
1301 York Road
Suite 200
Lutherville, MD 21093