# Exhibit 18

FILED
OCT 05 2021
MDM

**IN THE ORPHANS' COURT FOR**
*(OR)*
**BEFORE THE REGISTER OF WILLS FOR**

Baltimore County _____, **MARYLAND**

IN THE ESTATE OF:
Henrietta Lacks

ESTATE NO. 113489

## CONSENT TO APPOINTMENT OF PERSONAL REPRESENTATIVE

I, X _Lawrence Lacks_ _____, the personal representative named in the will **OR** I, Lawrence Lacks, Personal Rep. and decedent's son, ask the court or register to appoint
(state name and relationship to decedent or other basis for appointment)

Ron Lacks _____ instead of me to serve as personal representative. I consent to that appointment. I understand that if Ron Lacks _____ is so appointed I may not withdraw this consent so long as Ron Lacks _____ remains personal representative, except upon a showing of good cause.

I, Lawrence Lacks _____, further

☑ consent that Ron Lacks _____ shall serve
as personal representative without a bond, except as required by law, or

☐ do not consent that _____ shall serve
as personal representative without a bond.

DATE: 9/18/21
SIGNATURE: _Lawrence Lacks_
NAME (typed or printed): Lawrence Lacks

Attorney Alexander J. Zarzecki, Esq.
1340 Smith Avenue, Suite 300
Address
Baltimore, MD 21209
Address
(410) 337-8900
Telephone Number
(410) 457-3118
Facsimile Number
azarzecki@frankelderlaw.com
Email Address

RECEIVED
OCT 01 2021
REGISTER OF WILLS
BALTIMORE COUNTY

RW1118
Rev. 01/01/2016

ROWNET
PDF

FILED
OCT 05 2021

**IN THE ORPHANS' COURT FOR**
*(OR)*
**BEFORE THE REGISTER OF WILLS FOR**

Baltimore County , MARYLAND

IN THE ESTATE OF:
Henrietta Lacks

ESTATE NO. 113489

## CONSENT TO APPOINTMENT OF
## PERSONAL REPRESENTATIVE

I, _____, the personal representative named in

the will **OR** I, David Junius Lacks (decedent's son) by his PFA, _____ , ask the court or register to appoint
(state name and relationship to decedent or other basis for appointment)

Ron Lacks _____ instead of me to serve as personal representative. I

consent to that appointment. I understand that if Ron Lacks

is so appointed I may not withdraw this consent so long as Ron Lacks

remains personal representative, except upon a showing of good cause.

I, David Junius Lacks by his POA, Shirley A. Lacks , further

☑ consent that Ron Lacks _____ shall serve

as personal representative without a bond, except as required by law, or

☐ do not consent that _____ shall serve

as personal representative without a bond.

| DATE | SIGNATURE | NAME (typed or printed) |
|------|-----------|--------------------------|
| 9/20/21 | *[signature]* | David Junius Lacks by his Personal Financial [illegible] Shirley A. Lacks |

*[signature]*

Attorney Alexander J. Zarzecki, Esq.
1340 Smith Avenue, Suite 300
Address
Baltimore, MD 21209
Address
(410) 337-8900
Telephone Number
(410) 457-3118
Facsimile Number
azarzecki@frankelderlaw.com
Email Address

RECEIVED
OCT 01 2021
REGISTER OF WILLS
BALTIMORE COUNTY

RW1118
Rev. 01/01/2016

ROWNET
PDF