**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Baltimore Division**

| | |
|---|---|
| Estate of Henrietta Lacks, <br><br> Plaintiff, <br><br> v. <br><br> Thermo Fisher Scientific Inc., <br><br> Defendant. | Case No. 1:21-cv-02524-DLB |

**PROPOSED ORDER**

UPON CONSIDERATION of the Motion to Dismiss filed by Defendant, Thermo Fisher Scientific Inc., and finding that Plaintiff has failed to state a claim upon which relief can be granted, it is this ___ day of _____, 2022, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Defendant's Motion to Dismiss is **GRANTED**; and

2. Plaintiff's claim against Thermo Fisher Scientific Inc. is **DISMISSED WITH PREJUDICE.**

_____
Hon. Deborah L. Boardman
United States District Judge