UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| Estate of Henrietta Lacks,<br><br>                      Plaintiff,<br><br>    v.<br><br>Thermo Fisher Scientific Inc.,<br><br>                      Defendant. | Case No. 1:21-cv-02524-DLB |

**STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

      Plaintiff Estate of Henrietta Lacks and Defendant Thermo Fisher Scientific Inc. ("Thermo Fisher") (together, the "Parties") hereby stipulate and agree to a 45-day extension of Plaintiff's time to respond to the Defendant's Motion to Dismiss [Dkt. 18, 20] and request the Court enter the following Order in accordance with Local Rule 105.9.

      1.     Plaintiff shall file its response to Defendant's Motion to Dismiss on or before February 11, 2022.

      WHEREFORE, the Parties stipulate and agree to the 45-day extension stipulated above, and respectfully request that the Court enter an Order establishing this stipulated extension as agreed by the Parties.

                                                                                                          Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Kim Parker<br>Federal Bar No.: 23894 | Tonya Kelly Cronin (Bar No. 27166)^<br>BAKER DONELSON |

LAW OFFICES OF KIM PARKER, P.A.
2123 Maryland Ave. Baltimore, MD 21218
Telephone: 410-234-2621
Fax: 443-486-1691
kp@kimparkerlaw.com

Christopher A. Seeger*
Jeffrey S. Grand*
Christopher L. Ayers*
Nigel P. Halliday*
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 212-584-0700
Fax: 212-584-0799
cseeger@seegerweiss.com
jgrand@seegerweiss.com
cayers@seegerweiss.com
nhalliday@seegerweiss.com

Ben Crump (*admitted pro hac vice*)
Christopher O'Neal*
BEN CRUMP LAW, PLLC
717 D Street, N.W. Suite 310
Washington D.C. 20004
Telephone: 860.922.3030
ben@bencrump.com
chris@bencrump.com

*Attorneys for Plaintiff*

100 Light Street
Baltimore, MD 20001
Tel.:410-862-1049
tykelly@bakerdonelson.com
^*Signed with Permission*

Nadira Clarke
Andrew T. George
Eileen F. Hyde (*admitted pro hac vice*)
JoAnna B. Adkisson (*admitted pro hac vice*)
BAKER BOTTS L.L.P.
700 K St NW
Washington, DC 20001
Tel.: 202-639-7764
nadira.clarke@bakerbotts.com
andrew.george@bakerbotts.com
eileen.hyde@bakerbotts.com
joanna.adkisson@bakerbotts.com

*Attorneys for Defendant*

*Pro hac vice admission applications to be filed

SO ORDERED.

Dated: _____

_____
Deborah L. Boardman
United States District Judge