UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| RON L. LACKS, PERSONAL REPRESENTATIVE OF THE ESTATE OF HENRIETTA LACKS,<br><br>PLAINTIFF,<br><br>VS.<br><br>THERMO FISHER SCIENTIFIC INC.,<br><br>DEFENDANT. | Case No. 1:21-cv-02524-DLB |

**STIPULATION AND [PROPOSED] ORDER CONCERNING AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE**

Plaintiff Ron L. Lacks, Personal Representative of the Estate of Henrietta Lacks, and Defendant Thermo Fisher Scientific Inc. ("Thermo Fisher") (together, the "Parties") hereby stipulate and agree that Plaintiff's amended complaint [ECF No. 33-1], which only corrects the name of the Plaintiff, shall not moot the pending motion to dismiss [ECF No. 20], which shall apply to the amended pleading. No changes are being made to the briefing schedule [ECF No. 22].

WHEREFORE, the Parties stipulate and agree that motion to dismiss is not mooted by the amended pleading stipulated above, and respectfully request that the Court enter an Order establishing this stipulation as agreed by the Parties.

Respectfully submitted,

_____/s/_____          _____/s/_____

Kim Parker                                                  Tonya Kelly Cronin (Bar No. 27166)

1

2

| | |
|---|---|
| Federal Bar No.: 23894<br>LAW OFFICES OF KIM PARKER, P.A.<br>2123 Maryland Ave. Baltimore, MD 21218<br>Telephone: 410-234-2621<br>Fax: 443-486-1691<br>kp@kimparkerlaw.com | BAKER DONELSON<br>100 Light Street<br>Baltimore, MD 20001<br>Tel.:410-862-1049<br>tykelly@bakerdonelson.com |

Christopher A. Seeger (*admitted pro hac vice*)
Jeffrey S. Grand*
Christopher L. Ayers (*admitted pro hac vice*)
Nigel P. Halliday (*admitted pro hac vice*)
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 212-584-0700
Fax: 212-584-0799
cseeger@seegerweiss.com
jgrand@seegerweiss.com
cayers@seegerweiss.com
nhalliday@seegerweiss.com

Nadira Clarke
Andrew T. George
Eileen F. Hyde (*admitted pro hac vice*)
JoAnna B. Adkisson (*admitted pro hac vice*)
BAKER BOTTS L.L.P.
700 K St NW
Washington, DC 20001
Tel.: 202-639-7764
nadira.clarke@bakerbotts.com
andrew.george@bakerbotts.com
eileen.hyde@bakerbotts.com
joanna.adkisson@bakerbotts.com

*Attorneys for Defendant*

Ben Crump (*admitted pro hac vice*)
Christopher O'Neal*
BEN CRUMP LAW, PLLC
717 D Street, N.W. Suite 310
Washington D.C. 20004
Telephone: 860.922.3030
ben@bencrump.com
chris@bencrump.com

*Attorneys for Plaintiff*

*\*Pro hac vice admission applications to be filed*

SO ORDERED. The Clerk shall docket the proposed amended complaint, ECF 33-1, as the amended complaint in this case.

Dated: __January 26, 2022__

_____
Deborah L. Boardman
United States District Judge

2