UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| RON L. LACKS, PERSONAL REPRESENTATIVE OF THE ESTATE OF HENRIETTA LACKS,<br><br>PLAINTIFF,<br><br>VS.<br><br>THERMO FISHER SCIENTIFIC INC.,<br><br>DEFENDANT. | Case No. 1:21-cv-02524-DLB |

ORDER

UPON CONSIDERATION OF the Defendant's Motion to Dismiss, considering any opposition thereto, it is hereby ORDERED, that the Motion is Denied.

Signed this __day of _____, 2022

_____
Honorable Deborah Boardman
United States District Court of Maryland