# FROM THE OFFICE OF THE SUPREME GRAND
# BISHOP-DR. KEENAN COFIELD



United States District Court-MD (Baltimore)
101 West Lombard Street
Baltimore, Maryland 21201

RE: **Estate of Henrietta Lacks**
**vs Thermo Fisher Scientific Inc.**    Case No. 1:21-cv-02524-DLB

Subject: **Request TO AMEND AND/OR SUPPLEMENT DOCUMENTS NUMBER 43 AND 44**

# AMENDED-Amicus Curiae Filing & Report

February 22, 2022

**TO THE OFFICE OF-**
The Honorable Deborah L. Boardman
United States District Judge-Maryland (Baltimore)

Dear Hon. Deborah L. Boardman-JUDGE

Enclosed are my Amendment, Supplement and/or Addendum to Amicus Curiae Filing & Report dated and filed with this Honorable Court on February 11 and 14 of 2022. This filing and/or communication is to AMEND and/or SUPPLEMENT DOCUMENTS #43 AND 44, respectfully and says the following:

1). Because of the names and nature of this lawsuit filing this Honorable Court should consider the following:

1

a). That the Plaintiff(s) be required to fully provide documentation and evidence that the deceased named Henrietta Lacks born Loretta Pleasant, or Pleasants duly and legally changed her named in or by the filing of Court Name Change in Virginia from Loretta Pleasant to Henrietta Pleasant and Henrietta Pleasant to Henrietta Lacks.

b). That the Plaintiff(s) prove to this Honorable Court that the Marriage Certificate is legally valid, and was filed and duly conducted timely in accordance with Virginia State laws in 1940, 1941.

c). That the Plaintiff(s) provide to this Honorable Court that the Death Certificate of the deceased of Henrietta Lacks was and in all aspects legally valid and executed legally by parties whose names appear thereon as to her death as required by MD State laws.

d). That the Plaintiff(s) provide that the Estate of Henrietta Lacks is in the proper, correct and legal name of a legally named deceased person, and is now proper before this Court in a legal name, that can be shown by all the necessary valid records establishing the identity of Henrietta Lacks and/or to the name Henrietta Lacks from Loretta Pleasant.

The Movant asserts that none of these records and documents mentioned and/or referenced are legally valid and all have legal defects upon them which make each document or proceeding legally invalid or a nullity on their faces and cannot now be used and/or allowed to be enforced in this case to allow the Complaint to proceed in this case at bar.

The Movant is prepared to testify and present evidence in this case to this Honorable Court that Henrietta Lacks is not a legal lawful name, and that Loretta Pleasant lied to a Court of law along with her husband in Halifax County, VA to obtain a Marriage Certificate that was a fraud upon that court, and the Plaintiff's Complaint is not legally correct and/or proper before this Court as the name Henrietta Lacks is not a legally valid name, by birth and/or Court Order in any

2

jurisdiction, Court or Judge in these United States of America. The deceased of what is the making of the Estate of Henrietta Lacks lied and gave a false name that is now in legal doubt giving the historical benefit that fake, false assumed changed name would now 80 years later become an issue to millions to billions of dollars. No person is above the law dead or alive and NO Court can allow a fraudster benefit from her lies from the grave, at her most sacred time of her wedding was all seemed staged or a scam.

No Court of any State or United States is in the business of promoting frauds by counsel to further any scheme to defraud any person or business. I fully agree that the Lacks or the Estate in the proper name is fully entitled to just rights, protection and compensation. This is not the case, proper names nor filing before this Honorable Court.

**This Honorable Court should DISMISS this action with prejudice, immediately, as we all now know Henrietta Lacks was never a legally valid name, changed by Petition or Name Change in the State of Virginia. No Court can now change the name or its history of Loretta Pleasant to make it Henrietta Lacks for a payout. The First error was 80 years ago; the last error was this lawsuit filing to this Honorable Court.**

**Respectfully Submitted,
Dr. Keenan Cofield**

_____

Dr. Keenan Cofield
1236 Kendrick Rd.
Rosedale, MD 21237
443-554-3715
Email: Supremegrandbishop@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22th day of February, 2022, the foregoing Letter was delivered and filed with the Clerk of Court for further service via the Court's CM/ECF system on all counsel of record.

_____
Dr. Keenan Cofield