UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| RON L. LACKS, PERSONAL REPRESENTATIVE OF THE ESTATE OF HENRIETTA LACKS,<br><br>PLAINTIFF,<br><br>VS.<br><br>THERMO FISHER SCIENTIFIC INC.,<br><br>DEFENDANT. | Case No. 1:21-cv-02524-DLB |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Ron L. Lacks, Personal Representative of the Estate of Henreitta Lacks, respectfully submits, as supplemental authority for the Court's consideration in evaluating Defendant Thermo Fisher Scientific Inc.'s motion to dismiss, the following recent opinions:

1. *Phreesia, Inc. v. Certify Global, Inc.*, Case No. DLB-21-678, 2022 WL 911207 (D. Md. March 29, 2022) (Exhibit A); and

2. *Park Plus, Inc. v. Palisades of Towson, LLC and Encore Development Corp.*, Case No. 03-C-16-001349, 2022 WL 883679 (Maryland Ct. App. March 25, 2022) (Exhibit B).

DATED:  May 10, 2022

/s/ Kim Parker
Kim Parker, Esquire
Federal Bar No.: 23894
**LAW OFFICES OF KIM PARKER, P.A.**
2123 Maryland Ave.
Baltimore, MD 21218
Telephone: 410-234-2621
Fax: 443-486-1691
kp@kimparkerlaw.com

Christopher A. Seeger (*admitted pro hac vice*)
Jeffrey S. Grand (*admitted pro hac vice*)
Christopher L. Ayers *(admitted pro hac vice)*
Nigel P. Halliday *(admitted pro hac vice)*
Yasmine G. Meyer (*admitted pro hac vice*)
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone: 212-584-0700
Fax: 212-584-0799
cseeger@seegerweiss.com
jgrand@seegerweiss.com
cayers@seegerweiss.com
nhalliday@seegerweiss.com
ymeyer@seegerweiss.com

Ben Crump *(admitted pro hac vice)*
Christopher O'Neal *(admitted pro hac vice)*
**BEN CRUMP LAW, PLLC**
717 D Street, N.W. Suite 310
Washington D.C. 20004
Telephone: 860.922.3030
ben@bencrump.com
chris@bencrump.com

ATTORNEYS FOR RON L. LACKS, PERSONAL REPRESENTATIVE OF THE ESTATE OF HENRIETTA LACKS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of May, 2022, the undersigned has served the foregoing document upon all parties and counsel of record to this proceeding by electronically filing same with the Clerk of Court using the ECF Filing Service which will send electronic notification to counsel of record.

/s/ Kim Parker

_____

Kim Parker