UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| Ron L. Lacks, Personal Representative of The Estate of Henrietta Lacks,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Thermo Fisher Scientific Inc.,<br><br>　　　　　Defendant. | Case No. 1:21-cv-02524 |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD: Please enter the appearance of Christopher C. Dahl as additional counsel for Defendant, Thermo Fisher Scientific, Inc. in the above-captioned matter. Christopher C. Dahl is a member in good standing of the Bar of this Court.

Dated: September 30, 2022

Respectfully submitted,

/s/ Christopher C. Dahl
Christopher C. Dahl (Bar No. 29649)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ P.C.
100 Light Street, 19th Floor
Baltimore, MD 21202
Tel: 410-862-1134
Fax: 410-547-0699
cdahl@bakerdonelson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of September 2022, the foregoing Notice of Entry of Appearance was served via the Court's CM/ECF system on all counsel of record.

>                                       */s/ Christopher C. Dahl*  
>                                       Christopher C. Dahl