# SEEGERWEISS LLP

November 8, 2022

**VIA ELECTRONIC FILING**
The Hon. Deborah L. Boardman, U.S.D.J.
U.S.D.C., District of Maryland
101 West Lombard Street
Chambers 8C
Baltimore, MD 21201

Re: *Lacks v. Thermo Fisher Scientific*, No. 1:21-cv-02524

Dear Judge Boardman:

We write on behalf of Plaintiff to advise the Court that Plaintiff wishes to amend his complaint and accordingly requests a conference call with the Court for that purpose.  Plaintiff is conferring with Defendant as to whether it will consent to an amendment of the complaint.

We thank the Court for its consideration of this request.  If the Court has any questions, we are available at its convenience.

        Respectfully submitted,

        /s/ Kim Parker
        Kim Parker, Esq.
        Federal Bar No.: 23894
        **LAW OFFICES OF KIM PARKER, P.A**.
        2123 Maryland Ave.
        Baltimore, MD 21218
        Tel: 410-234-2621
        Fax: 4430486-1691
        kp@kimparkerlaw.com

        Christopher A. Seeger (*admitted pro hac vice*)
        Christopher L. Ayers (*admitted pro hac vice*)
        **SEEGER WEISS LLP**
        55 Challenger Road, 6th Floor
        Ridgefield Park, NJ 07660
        Tel: 212-584-0700
        cseeger@seegerweiss.com
        cayers@seegerweiss.com

        Attorneys for Ron L. Lacks, Personal
        Representative of the Estate of Henrietta Lacks

The Hon. Deborah L. Boardman, U.S.D.J.
November 8, 2022
Page 2

cc:
JoAnna Adkisson, Esquire
Tonya Kelly Cronin, Esquire
Christopher C Dahl, Esquire
Adam Dec, Esquire
Andrew T. George, Esquire
Eileen F Hyde, Esquire