UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **RON L. LACKS, PERSONAL REPRESENTATIVE OF THE ESTATE OF HENRIETTA LACKS**<br>5409 Daywalt Avenue<br>Baltimore, Maryland 21206<br><br>    **PLAINTIFF**<br><br>VS-<br><br>**THERMO FISHER SCIENTIFIC INC.**<br>*Serve: Capitol Corporate Services, Inc.*<br>*Resident Agent*<br>3206 Tower Oaks Blvd.<br>4th Floor<br>Rockville, Maryland 20852<br><br>    **DEFENDANT** | Civil Case No.: 1:21-cv-02524-DLB |

## STIPULATION REGARDING AMENDMENT

Plaintiff Ron L. Lacks, personal representative of the Estate of Henrietta Lacks, by and through their undersigned counsel, and Defendant Thermo Fisher Scientific, Inc. ("TFS") stipulate as follows:

1. The Parties agree Plaintiff may amend their complaint by no later than November 18, 2022. TFS may file its response to Plaintiff's amended complaint no longer than 45 days later. Should a response by Plaintiff be required, that response will be due 45 days following the filing of a responsive pleading.

2. The Parties agree that to streamline the briefing process, the Court may consider the briefing related to TFS's prior motion to dismiss, including any amicus briefs previously filed.

Respectfully submitted,

_____/s/_____    _____/s/_____

Kim Parker
Federal Bar No.: 23894
LAW OFFICES OF KIM PARKER, P.A.
2123 Maryland Ave. Baltimore, MD 21218
Telephone: 410-234-2621
Fax: 443-486-1691
kp@kimparkerlaw.com

Christopher A. Seeger (*admitted pro hac vice*)
Jeffrey S. Grand (*admitted pro hac vice*)
Christopher L. Ayers (*admitted pro hac vice*)
Nigel P. Halliday (*admitted pro hac vice*)
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 212-584-0700
Fax: 212-584-0799
cseeger@seegerweiss.com
jgrand@seegerweiss.com
cayers@seegerweiss.com
nhalliday@seegerweiss.com

Ben Crump (*admitted pro hac vice*)
Christopher O'Neal (*admitted pro hac vice*)
BEN CRUMP LAW, PLLC
717 D Street, N.W. Suite 310
Washington D.C. 20004
Telephone: 860.922.3030
ben@bencrump.com
chris@bencrump.com

*Attorneys for Plaintiff*

Tonya Kelly Cronin (Bar No. 27166)
BAKER DONELSON
100 Light Street
Baltimore, MD 20001
Tel.:410-862-1049
tykelly@bakerdonelson.com

Nadira Clarke
Andrew T. George
Eileen F. Hyde (*admitted pro hac vice*)
JoAnna B. Adkisson (*admitted pro hac vice*)
BAKER BOTTS L.L.P.
700 K St NW
Washington, DC 20001
Tel.: 202-639-7764
nadira.clarke@bakerbotts.com
andrew.george@bakerbotts.com
eileen.hyde@bakerbotts.com
joanna.adkisson@bakerbotts.com

*Attorneys for Defendant*

Approved.
11/17/22      _____
              Deborah L. Boardman
              United States District Judge