UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| RON L. LACKS, PERSONAL REPRESENTATIVE OF THE ESTATE OF HENRIETTA LACKS, | * * | |
| Plaintiff, | * | |
| v. | * | Civil No. DLB-21-02524 |
| THERMO FISHER SCIENTIFIC INC., | * | |
| Defendant. | * | |
| | * | |

## *AMICUS CURIAE* PROFESSORS CAPRICE ROBERTS AND DOUGLAS RENDLEMAN'S LINE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

COMES NOW *amicus curiae* professors Caprice Roberts and Douglas Rendleman, through undersigned counsel, who hereby adopt and incorporate by reference their Memorandum [ECF No. 67] in support of plaintiff's opposition to defendant's motion to dismiss plaintiff's second amended complaint. For the reasons stated there and as briefed by plaintiff, that motion should be denied.

Dated: February 24, 2023

Respectfully submitted,

    /s/ Andrew C. White
Andrew C. White (Bar No. 08821)
awhite@silvermanthompson.com
Silverman Thompson Slutkin & White, LLC
400 E. Pratt St., Suite 900
Baltimore, MD 21202
(410) 385-2225 (t)
(410) 547-2432 (f)

Counsel for *amicus curiae* Professors Caprice Roberts and Douglas Rendleman

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the foregoing *Amicus Curiae* Professors Caprice Roberts and Douglas Rendleman's Line in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint with the Court's CM/ECF system, which shall cause copies of the same to be distributed to all counsel of record.

Dated: February 24, 2023                    Respectfully submitted,

                                            /s/ Andrew C. White
                                            Andrew C. White (Bar No. 08821)